■ JANET P. TRIMMER et al., Respondents, v WESLEY PASE, Appellant. (And a Third-Party Title.) [610 NYS2d 833] —In an action, inter alia, to recover damages for breach of a settlement agreement, the defendant appeals, as limited by his

brief, from stated portions of a judgment of the Supreme Court, Suffolk County (Henry, J.), entered February 26, 1992.

Ordered that the judgment is affirmed, insofar as appealed from, with costs, for reasons stated in the decision and order of Justice Henry at the Supreme Court, dated September 24, 1991. Sullivan, J. P., Miller, Joy and Friedmann, JJ., concur.